UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BLAKE ANTHANY HALLMAN                                         PLAINTIFF

V.                      No. 4:21-CV-102-JM-JTR

SUSAN POTS, Administrator,
Drew County Detention Facility; and
MARK GOLBER, Sheriff, Drew County                        DEFENDANTS

### **ORDER**

      Plaintiff Blake Hallman has not complied with the June 21, 2021 order directing him to file a notice of his current mailing address within 30 days if he wished to pursue this lawsuit. *Doc. 5*. The time to do so has expired. Mail sent to Hallman at his address of record, the Drew County Detention Facility, has been returned as undeliverable, with no forwarding address. *Docs. 4 & 6*.

      Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41 (b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

      IT IS SO ORDERED this 15th day of September, 2021.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE