UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BLAKE ANTHANY HALLMAN                                                                           PLAINTIFF

V.                                   No. 4:21-CV-102-JM

SUSAN POTS, Administrator,
Drew County Detention Facility; and
MARK GOLBER, Sheriff, Drew County                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 15th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE